IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
          VS.                     ) CR. NO. 05-28 ERIE
                                  )
ADDONIS MAURICE HESTER            )

MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

1. DATE OF ARRAIGNMENT:  7/1/05

2. DEFENDANT IS:          _X_ INCARCERATED
                          ___ON BOND

3. DEFENDANT ENTERED A PLEA OF NOT GUILTY ✓

4. THE PARTIES WERE ADVISED ALL PRE-TRIAL MOTIONS MUST BE FILED
WITHIN TEN (10) DAYS.  ✓

5. A RULE 16 CONFERENCE:  ✓HAS BEEN HELD
                          ___HAS NOT BEEN HELD

6. DISCOVERY IS:       ___COMPLETED
                       ✓NOT COMPLETED

7. DEFENDANT HAS REQUESTED TO BE TRIED BY:  ✓JURY
                                            ___NON-JURY

8. ALL PARTIES HAS BEEN ADVISED THAT THE MATTER:

   ___HAS BEEN SCHEDULED FOR TRIAL _____
      BEFORE U.S. DISTRICT JUDGE SEAN J. McLAUGHLIN
   ✓HAS NOT BEEN SCHEDULED FOR TRIAL

9. ESTIMATED TRIAL TIME:_____

10. OTHER:_____

SUSAN PARADISE BAXTER
United States Magistrate Judge