IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
          v.                      )    Criminal No. *05-28* Erie
                                  )
ADDONIS MAURICE HESTER            )

## ARRAIGNMENT PLEA

Defendant Addonis Maurice Hester

being arraigned, pleads *Not Guilty*

in open Court this *1st* day of

_____*July*_____ , 2005.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)