IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-28 Erie |
| | ) |
| ADDONIS MAURICE HESTER | ) |

**ORDER APPOINTING**
**FEDERAL PUBLIC DEFENDER**

AND NOW, this _1st_ day of ~~June~~ July, 2005, the Court, having received a Financial Affidavit completed under the penalty of perjury by the above-named individual; the Court being satisfied that the above named individual is financially unable to obtain counsel and said individual not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1111 Renaissance Centre, 1001 State Street, Erie, Pennsylvania 16501, telephone number (814) 455-8089, is hereby appointed to represent the defendant in all matters pertaining to this action.

PRIMARY COUNSEL:   Thomas W. Patton
                   Assistant Federal Public Defender
                   PA State ID #88653

_Susan Paradise Baxter_
SUSAN PARADISE BAXTER
United States Magistrate Judge

**RECEIVED**

JUN 2 7 2005

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA