IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-28 Erie |
| | ) |
| ADDONIS MAURICE HESTER | ) |

### ARRAIGNMENT PLEA

Defendant Addonis Maurice Hester being arraigned, pleads **Not Guilty** in open Court this **1st** day of **July**, 2005.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)

**AND NOW,** the defendant in the above-entitled case hereby withdraws his plea of not guilty entered **July 1** 20**05**, and now pleads guilty in open court this **30** day of **August** 20**05**

_____
Defendant

_____