IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

V.

ADDONIS MAURICE HESTER

JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

Case Number CR 05-28 Erie

THOMAS W. PATTON, AFPD
Defendant's Attorney

THE DEFENDANT:

   x    pleaded guilty to count(s) 1.
   ___  was found guilty on count(s) _ after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Date Offense Concluded | Count Title and Section Number(s) | Nature of Offense | |
|---|---|---|---|
| 18 U.S.C. §§ 1791(a)(2) and 1791(b)(3) | Possession of contraband in prison | November 21, 2004 | One (1) |

   The defendant is sentenced as provided in pages 2 through 6 of this Judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   ___  The defendant has been found not guilty on count(s) _ and is discharged as to such count(s).
   ___  Count(s) _ (is) (are) dismissed on the motion of the United States.
   ___  The mandatory special assessment is included in the portion of this Judgment that imposes a fine.
   X    It is ordered that the defendant shall pay to the United States a special assessment of $100.00 , which shall be due immediately.

   It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

11536-041
Defendant's USM No.

August 30, 2005
Date of Imposition of Sentence

s/ Sean J. McLaughlin
Signature of Judicial Officer
U.S. District Judge

August 30, 2005
Date

Defendant: Addonis Maurice Hester            Judgment--Page 2 of 6
Case Number: CR 05-28 Erie

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 6 months. The term of imprisonment imposed by this Judgment shall run consecutive to the Defendant's term of imprisonment pursuant to the Judgment at Criminal No. 03:CR00120-003(RHK/RKE), United States District Court for the District of Minnesota.

__ The Court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.
__ The defendant shall surrender to the United States Marshal for this district,

    __ at __ on __.

    __ as notified by the Marshal.

__ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    __ before 2 p.m. on __.
    __ as notified by the United States Marshal.
    __ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
_____ at _____,
with a certified copy of this Judgment.

                                                    _____
                                                    United States Marshal

                                                    By_____
                                                    Deputy Marshal